ACCEPTED
03-14-00782-CV
6790647
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 4:08:15 PM
JEFFREY D. KYLE
CLERK



# Gammon Law Office, PLLC

### "We Represent the Good Guys" ®

| | | |
|---|---|---|
| William B. Gammon<br>Anthony G. Read | Attorneys At Law<br>1201 Spyglass Drive \| Suite 100<br>Austin, Texas 78746<br>512-444-4529 / 888-545-4279 (Fax)<br>www.GammonLawOffice.com | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>9/3/2015 4:08:15 PM<br>JEFFREY D. KYLE<br>Clerk |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 4:08:15 PM
E. Jason Billick
JEFFREY D. KYLE
Clerk

September 3, 2015

Jeffrey D. Kyle, Clerk
THIRD COURT OF APPEALS
209 West 14th Street, Room 101
Austin, Texas 78701

*Via Electronic Filing*

RE: Cause No. 03-14-00782-CV; *Santander Consumer USA, Inc. v. Mario Mata, Centroplex Automobile Recovery, Inc., Blake Thornton Vandusen, John F. Thompson d/b/a Centroplex Automobile Recovery, Inc., and Redshift Investigation, Inc.*; In the Court of Appeals for the Third District of Texas

Dear Mr. Kyle:

Please note that I will present the oral argument in this case on behalf of Mario Mata on September 23, 2015.

If there are any further questions, please do not hesitate to contact our office.

Respectfully,

E. Jason Billick
ATTORNEY

---

Oral Argument | Santander v. Mata, et. al.